United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**    Mich's Maccs, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)    26-3323550

4. **Debtor's address**

   **Principal place of business**
   220 Coster Street
   Number    Street

   Bronx    NY    10474
   City    State    ZIP Code

   Bronx County
   County

   **Mailing address, if different from principal place of business**
   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street

   City    State    ZIP Code

5. **Debtor's website** (URL)    https://michellesmaccs.com/

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor   Mich's Maccs, LLC _____   Case number (if known) _____
         Name

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the above |
| | | B. *Check all that apply:* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ . |
| | | 7223 |

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ☑ Chapter 11. *Check **all** that apply*: |
| | A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☑ No |
|---|---|---|
| | | ☐ Yes.   District _____   When _____   Case number _____ |
| | |                                         MM / DD / YYYY |
| | |        District _____   When _____   Case number _____ |
| | |                                         MM / DD / YYYY |

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☑ No |
|---|---|---|
| | | ☐ Yes.   Debtor _____   Relationship _____ |
| | |        District _____   When _____ |
| | |                                                 MM / DD / YYYY |
| | | Case number, if known _____ |

Debtor  Mich's Maccs, LLC _____     Case number (*if known*)_____
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number    Street<br>_____<br>_____<br>City                          State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

### ■ Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49        ☐ 1,000-5,000        ☐ 25,001-50,000<br>☐ 50-99       ☐ 5,001-10,000       ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| **15. Estimated assets** | ☑ $0-$50,000         ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000   ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor  Mich's Maccs, LLC
      Name

Case number (*if known*)_____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/03/2021
            MM / DD / YYYY

✖ /s/ Michelle Goldberg        Michelle Goldberg
Signature of authorized representative of debtor    Printed name

Title  President

**18. Signature of attorney**

✖ /s/ Dawn Kirby        Date  09/03/2021
Signature of attorney for debtor           MM / DD / YYYY

Dawn Kirby
Printed name

Kirby Aisner & Curley LLP
Firm name

700 Post Road Suite 237
Number    Street

Scarsdale       NY       10583
City              State         ZIP Code

(914) 401-9500       dkirby@kacllp.com
Contact phone           Email address

2733004              NY
Bar number             State

**Fill in this information to identify the case:**

Debtor name: Mich's Maccs, LLC

United States Bankruptcy Court for the: Southern District of New York

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Customer's Bank<br>99 Bridge Street<br>Phoenixville, PA, 19460 | | PPP Loan | | | | 66,117.00 |
| 2 | Shopify Inc.<br>Attn: Legal Dept 151<br>O'Connor Street, Ground Floor<br>Ottowa, Ontario K2P 2L8 | | Monies Loaned / Advanced | | | | 59,420.47 |
| 3 | Chase Card Service<br>Cardmember Services<br>PO Box 1423<br>Charlotte, NC, 28201-1423 | | Credit Card Debt | | | | 52,488.43 |
| 4 | American Express<br>Correspondence/ Bankrupcty<br>PO BOx 981540<br>El Paso, TX, 79998 | | Credit Card Debt | | | | 47,943.00 |
| 5 | PayPal<br>2211 North First Street<br>San Jose, CA, 95131 | | Monies Loaned / Advanced | | | | 36,818.56 |
| 6 | Hartford Insurance<br>690 Asylum Avenue<br>Hartford, CT, 06155 | | Services | | | | 19,604.60 |
| 7 | M&T Bank<br>One M&T Plaza<br>Buffalo, NY, 14203 | | Credit Card Debt | | | | 18,246.00 |
| 8 | US Bank<br>PO Box 108<br>Saint Louis, MO, 63166 | | Credit Card Debt | | | | 16,576.40 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor   Mich's Maccs, LLC  
        Name

Case number (*if known*) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | RM Bakery, LLC<br>220 Coster Street<br>Bronx, NY, 10474 | | Past Due Rent | | | | 13,500.00 |
| 10 | Divvy<br>13707 S 200 W, Suite 100<br>Draper, UT, 84020 | | Credit Card Debt | | | | 12,756.21 |
| 11 | Pioneer Packaging Inc.<br>31 Wilson Drive<br>Sparta, NJ, 07871 | | Suppliers or Vendors | | | | 10,971.02 |
| 12 | Accountfully<br>1567 Meeting Street, Suite 100<br>North Charleston, SC, 29405 | | Accounting Services | | | | 6,321.00 |
| 13 | Valley National Bank<br>1455 Valley Road<br>Wayne, NJ, 07470 | | Credit Card Debt | | | | 5,378.79 |
| 14 | Chase Bank<br>PO Box 15369<br>Wilmington, DE, 19850 | | Overdrawn Bank Account | | | | 5,234.00 |
| 15 | American Express<br>Correspondence/ Bankrupcty<br>PO BOx 981540<br>El Paso, TX, 79998 | | Credit Card Debt | | | | 3,054.02 |
| 16 | Leandro Amorim/LAP Da Silva Digital<br>Rua Barao de Mesquita<br>136 Loja A Tijuca<br>Rio de Janeiro - RJ Brazil, 20540-006 | | Wed Development Services | | | | 2,400.00 |
| 17 | David Rosen<br>5921 Borden Avenue<br>Maspeth, NY, 11378 | | | | | | 1,300.00 |
| 18 | American Express<br>Correspondence/ Bankrupcty<br>PO BOx 981540<br>El Paso, TX, 79998 | | Credit Card Debt | | | | 1,024.99 |
| 19 | Route Shipping<br>1881 W Traverse Pkwy, Ste E511<br>Lehi, UT, 84043 | | Shipping Services | | | | 949.48 |
| 20 | TD Bank, N.A.<br>1701 Route 70 E<br>Cherry Hill, NJ, 08034 | | Overdrawn Bank Account | | | | 159.58 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

Accountfully
1567 Meeting Street, Suite 100
North Charleston, SC 29405

Alpha Recovery Partners
1274 49th Street, Suite 197
Brooklyn, NY 11219

American Express
Correspondence/ Bankrupcty
PO BOx 981540
El Paso, TX 79998

Atma Degeyndt
255 Mckibben Street, Apt. 206
Brooklyn, NY 11206

CFG Merchant Solutions
180 Maiden Lane, 15th Floor
New York, NY 10038

Chase Bank
PO Box 15369
Wilmington, DE 19850

Chase Card Service
Cardmember Services
PO Box  1423
Charlotte, NC 28201-1423

Corporation Service Company
as Representative
PO Box 2576
Springfield, IL 62708

Cure Payment Recovery Solutions LLC
1490 William Floyd Pkwy, Suite 104
Shirley, NY 11967

Customer's Bank
99 Bridge Street
Phoenixville, PA 19460

David Rosen
5921 Borden Avenue
Maspeth, NY 11378

Divvy
13707 S 200 W, Suite 100
Draper, UT 84020

Everest Merchant Funding
567 Milton Road
Rye, NY 10580

First Corporate Solutions
as Representative
914 S Street
Sacramento, CA 95811

Florence Zabokritsky, Esq.
Counsel for Alpha Recovery Partners
1274 49th Street, Suite 197
Brooklyn, NY 11219

Forward Funding
1274 49th Street, Suite 197
Brooklyn, NY 11219

Gatestone
PO Box 1259
Dept #149042
Oaks, PA 19456

Green Capital Funding
116 Nassau Street, Suite 804
New York, NY 10038

Hartford Insurance
690 Asylum Avenue
Hartford, CT 06155

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Investors Bank
101 JFK Parkway
Short Hills, NJ 07078

Ivy Receivables
71 S Central Avenue, Suite 200
Valley Stream, NY 11580

Kabbage Business Loan
730 Peachtree Street, Suite 350
Atlanta, GA 30308

Law Offices of Tae H. Whang, LLC
185 Bridge Plaza North, Suite 201
Fort Lee, NJ 07024

Leandro Amorim/LAP Da Silva Digital
Rua Barao de Mesquita
136 Loja A Tijuca
Rio de Janeiro - RJ Brazil,  20540-006

LG Funding LLC
1218 Union Street
Brooklyn, NY 11225

Liberty Funding Solutions
200 Middlesex Essex Turnpike
Iselin, NJ 08830

M&T Bank
One M&T Plaza
Buffalo, NY 14203

Michelle Amy Goldberg
23 E 109th Street, 5B
New York, NY 10029

Michelle Goldberg
23 E 109th Street, Apt. 5B
New York, NY 10029

NYC Corporation Counsel
100 Church Street, RM 5-240
Attn: Bankruptcy Dept.
New York, NY 10007

NYC Dept. of Finance
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

NYS Dept. Taxation & Finance
Bankruptcy/ Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

PayPal
2211 North First Street
San Jose, CA 95131

Pioneer Packaging Inc.
31 Wilson Drive
Sparta, NJ 07871

RM Bakery, LLC
220 Coster Street
Bronx, NY 10474

Route Shipping
1881 W Traverse Pkwy, Ste E511
Lehi, UT 84043

Shopify Inc.
Attn: Legal Dept 151
O'Connor Street, Ground Floor
Ottowa, Ontario K2P 2L8,

StartUp Ecology
255 Mckibben Street, Apt. 206
Brooklyn, NY 11206

TD Bank, N.A.
1701 Route 70 E
Cherry Hill, NJ 08034

US Bank
PO Box 108
Saint Louis, MO 63166

US Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

Valley National Bank
1455 Valley Road
Wayne, NJ 07470

United States Bankruptcy Court

Southern District of New York

In re: Mich's Maccs, LLC

Debtor(s)

Case No.

Chapter   11

# Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 09/03/2021

/s/ Michelle Goldberg
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor