# Michelle's Maccs

## Balance Sheet

As of July 31, 2022

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       BoA 0629 | 0.00 |
|       BoA 4072 | 0.00 |
|       Signature DIP (6131) | 4.90 |
|     **Total Bank Accounts** | **$4.90** |
|     Accounts Receivable | |
|       Accounts Receivable (A/R) | 0.00 |
|     **Total Accounts Receivable** | **$0.00** |
|     Other Current Assets | |
|       Inventory Asset | 2,200.00 |
|       Prepaid Expense | 0.00 |
|       Undeposited Funds | 0.00 |
|     **Total Other Current Assets** | **$2,200.00** |
|   **Total Current Assets** | **$2,204.90** |
|   Fixed Assets | |
|     Machinery & Equipment | 32,609.70 |
|   **Total Fixed Assets** | **$32,609.70** |
| **TOTAL ASSETS** | **$34,814.60** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         Accounts Payable (A/P) | 9,510.90 |
|       **Total Accounts Payable** | **$9,510.90** |
|       Other Current Liabilities | |
|         Paypal Working Capital Loan | 837.97 |
|         Shopify Capital Loan | 0.00 |
|       **Total Other Current Liabilities** | **$837.97** |
|     **Total Current Liabilities** | **$10,348.87** |
|     Long-Term Liabilities | |
|       DIP Loan - Chenies Investor LLC | 52,363.56 |
|       PrePetition General Unsecured Debt | 303,629.00 |
|       PrePetition Priority Debt | 0.01 |
|       PrePetition Secured Debt | 528,591.84 |
|     **Total Long-Term Liabilities** | **$884,584.41** |
|   **Total Liabilities** | **$894,933.28** |
|   Equity | |
|     Opening Balance Equity | 0.00 |
|     Owner's Draw | -39,741.65 |
|     Retained Earnings | -793,664.14 |
|     Net Income | -26,712.89 |
|   **Total Equity** | **$ -860,118.68** |
| **TOTAL LIABILITIES AND EQUITY** | **$34,814.60** |

# Michelle's Maccs

Profit and Loss

July 2022

|  | TOTAL |
|---|---:|
| Income | |
|   Sales | 2,247.16 |
| **Total Income** | **$2,247.16** |
| Cost of Goods Sold | |
|   Cost of Goods Sold Materials | 0.00 |
|     Shipping | 457.78 |
|   **Total Cost of Goods Sold Materials** | 457.78 |
| **Total Cost of Goods Sold** | **$457.78** |
| **GROSS PROFIT** | **$1,789.38** |
| Expenses | |
|   General Administrative Expenses | 0.00 |
|     Bank Charges & Fees | 37.25 |
|     Office Supplies & Software | 328.58 |
|     Rent Expense | 1,500.00 |
|     Shipping Supplies | 975.86 |
|     Travel | 113.30 |
|   **Total General Administrative Expenses** | 2,954.99 |
|   Selling Expenses | 0.00 |
|     Advertising & Marketing | 332.46 |
|   **Total Selling Expenses** | 332.46 |
| **Total Expenses** | **$3,287.45** |
| **NET OPERATING INCOME** | **$ -1,498.07** |
| **NET INCOME** | **$ -1,498.07** |

**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

Statement Period
From July    01, 2022
To   July    31, 2022
Page    1 of    6

PRIVATE CLIENT GROUP 722
1C QUAKER RIDGE ROAD
NEW ROCHELLE, NY 10804

MICH'S MACCS, LLC                           8-722
(DEBTOR IN POSSESSION)
CASE #2111567
220 COSTER ST
BRONX NY   10474              999           See Back for Important Information

Primary Account:  ████ 6131          0

IMPORTANT MESSAGE ABOUT IDENTITY THEFT! SIGNATURE BANK WILL NEVER
ASK YOU TO PROVIDE PERSONAL OR BUSINESS ACCOUNT INFORMATION THROUGH
E-MAIL. IF YOU RECEIVE ANY E-MAIL OR OTHER INQUIRY THAT APPEARS TO COME
FROM SIGNATURE, DO NOT RESPOND TO IT OR CLICK ON ANY LINKS INCLUDED IN
THE E-MAIL. INSTEAD, CALL US TOLL-FREE AT 1-866-SIGLINE OR CONTACT
YOUR ACCOUNT OFFICER. FOR MORE INFORMATION ON IDENTITY THEFT, VISIT
OUR WEBSITE AT WWW.SIGNATURENY.COM. CLICK ON "ABOUT US", "PRIVACY
& SECURITY", "IDENTITY THEFT" FOR MORE INFORMATION ON SAFEGUARDING YOUR
IDENTITY AND PERSONAL INFORMATION.

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| ████ 6131 | BANKRUPTCY CHECKING | 82.96 | 4.89 |
| | RELATIONSHIP       TOTAL | | 4.89 |

**SIGNATURE BANK**

```
                                                      Statement Period
                                                      From July    01, 2022
                                                      To   July    31, 2022
                                                      Page    2 of    6

                                                      PRIVATE CLIENT GROUP 722
                                                      1C QUAKER RIDGE ROAD
                                                      NEW ROCHELLE, NY 10804


     MICH'S MACCS, LLC                      8-722
     (DEBTOR IN POSSESSION)
     CASE #2111567
     220 COSTER ST
     BRONX NY  10474               999          See Back for Important Information


                                         Primary Account:         6131         0


BANKRUPTCY CHECKING                6131




Summary

   Previous Balance as of July    01, 2022                                   82.96
        22 Credits                                                        2,285.47
        32 Debits                                                         2,363.54
   Ending Balance as of   July    31, 2022                                    4.89


Deposits and Other Credits
   Jul 01  ACH DEPOSIT           ck/ref no.   1567847                       103.46
           SHOPIFY          TRANSFER      ST-J4E2V4S5A5H8
           013 000000000009668521800948598
   Jul 05  ACH DEPOSIT           ck/ref no.   1887154                       168.90
           SHOPIFY          TRANSFER      ST-B8A1W4A8X3V0
           015 000000000071711511800948598
   Jul 06  ACH DEPOSIT           ck/ref no.   2050882                        84.63
           PAYPAL           TRANSFER      1021058869906
   Jul 06  ACH DEPOSIT           ck/ref no.   1956745                       160.00
           AMAZON P6Z7DAF9P  PAYMENTS      KYDR4LL64OYEDAZ
   Jul 06  ACH DEPOSIT           ck/ref no.   2053846                       230.77
           SHOPIFY          TRANSFER      ST-L9U4A0N8X1V2
   Jul 07  ACH DEPOSIT           ck/ref no.   2315907                       248.08
           SHOPIFY          TRANSFER      ST-O2Y9A8Y9F2Y8
           007 000000000008973918000948598
   Jul 08  ACH DEPOSIT           ck/ref no.   2564409                        38.80
           PAYPAL           TRANSFER      1021102667491
   Jul 08  ACH DEPOSIT           ck/ref no.   2562740                        41.02
           SHOPIFY          TRANSFER      ST-L4T1X8T8H3P2
   Jul 11  ACH DEPOSIT           ck/ref no.   2830784                        72.16
           SHOPIFY          TRANSFER      ST-L7U5A5K3T3T6
           005 000000000001401818000948598
   Jul 12  ACH DEPOSIT           ck/ref no.   2950628                       293.27
           SHOPIFY          TRANSFER      ST-Z5O5P8Y5D0W6
           010 000000000053686441800948598
```

**Signature** | **SIGNATURE BANK**

```
                                                       Statement Period
                                                       From July     01, 2022
                                                       To   July     31, 2022
                                                       Page    3 of    6

                                                       PRIVATE CLIENT GROUP 722
                                                       1C QUAKER RIDGE ROAD
                                                       NEW ROCHELLE, NY 10804


    MICH'S MACCS, LLC                      8-722
    (DEBTOR IN POSSESSION)
    CASE #2111567
    220 COSTER ST
    BRONX NY  10474              999              See Back for Important Information


                                                Primary Account:▮▮▮▮▮▮6131            0

 Jul 13  ACH DEPOSIT           ck/ref no.   3132419                                243.47
         SHOPIFY           TRANSFER     ST-A4Q9I2U5R3K5
 Jul 14  DEBIT CARD REFUND                                                          15.83
         ON 07/14 AT GRAINGER             877 2022594      IL
         ************8088
 Jul 18  DEBIT CARD REFUND                                                            .53
         ON 07/18 AT MICROSOFT ADVERTISING  8005185689     NV
         ************8088
 Jul 18  ACH DEPOSIT           ck/ref no.   3749258                                 34.64
         PAYPAL            TRANSFER     1021242721700
 Jul 18  ACH DEPOSIT           ck/ref no.   3811729                                 95.58
         SHOPIFY           TRANSFER     ST-K3O5A8J0C9H9
         005 00000000000003602218009485598
 Jul 19  DEBIT CARD REFUND                                                          21.95
         ON 07/19 AT INTUIT   QBOOKS ONLINE      800 446 8848   CA
         ************8088
 Jul 19  ACH DEPOSIT           ck/ref no.   3832604                                 32.61
         PAYPAL            TRANSFER     1021288665483
 Jul 19  ACH DEPOSIT           ck/ref no.   3834311                                 44.30
         AMAZON PPVV7IHWM  PAYMENTS     708V5OLS0RPRBQ2
 Jul 19  ACH DEPOSIT           ck/ref no.   3895394                                141.28
         SHOPIFY           TRANSFER     ST-W2E9S3X5S6K8
         010 00000000001819671180094 8598
 Jul 20  ACH DEPOSIT           ck/ref no.   4071424                                107.18
         SHOPIFY           TRANSFER     ST-N0V0P2C9L9O4
 Jul 21  ACH DEPOSIT           ck/ref no.   4240488                                 34.54
         PAYPAL            TRANSFER     1021326513506
 Jul 25  ACH DEPOSIT           ck/ref no.   4544211                                 72.47
         PAYPAL            TRANSFER     1021359589693

Withdrawals and Other Debits
 Jul 01  ATM WITHDRAWAL                                                            141.75
         CASH WITHDRAWAL    ON 07/01 AT NON-SIGNATURE BANK
         ATM AT 1634 MADISON AVENUE        NEW YORK       NY
         ************8088
 Jul 05  DEBIT CARD PURCHASE                                                        13.07
         ON 07/05 AT GOOGLE   GSUITE MICHELL       650 253 0000    CA
         ************8088
 Jul 05  DEBIT CARD PURCHASE                                                        13.07
         ON 07/05 AT DIGITALOCEAN COM             NEW YORK CIT     NY
```

**Signature**
**SIGNATURE BANK**

```
                                                    Statement Period
                                                    From July    01, 2022
                                                    To   July    31, 2022
                                                    Page    4 of    6

                                                    PRIVATE CLIENT GROUP 722
                                                    1C QUAKER RIDGE ROAD
                                                    NEW ROCHELLE, NY 10804


        MICH'S MACCS, LLC                     8-722
        (DEBTOR IN POSSESSION)
        CASE #2111567
        220 COSTER ST
        BRONX NY  10474              999          See Back for Important Information


                                             Primary Account:        6131           0

Date             Description
            *************8088
  Jul 06  DEBIT CARD PURCHASE                                                      41.82
            ON 07/06 AT STAMPS COM    USPOSTAGE      855 608 2677    CA
            *************8088
  Jul 06  ATM WITHDRAWAL                                                          101.75
            CASH WITHDRAWAL      ON 07/06 AT NON-SIGNATURE BANK
            ATM AT 1634 MADISON AVENUE          NEW YORK         NY
            *************8088
  Jul 06  DEBIT CARD PURCHASE                                                     143.83
            ON 07/06 AT STAMPS COM    USPOSTAGE      855 608 2677    CA
            *************8088
  Jul 07  DEBIT CARD PURCHASE                                                      59.74
            ON 07/07 AT STAMPS COM    USPOSTAGE      855 608 2677    CA
            *************8088
  Jul 07  ATM WITHDRAWAL                                                          343.50
            CASH WITHDRAWAL      ON 07/07 AT NON-SIGNATURE BANK
            ATM AT 1025 MADISON AVE             NEW YORK         NY
            *************8088
  Jul 08  DEBIT CARD PURCHASE                                                      84.47
            ON 07/08 AT STAPLS7360206482000001      877 8267755      NY
            *************8088
  Jul 08  DEBIT CARD PURCHASE                                                     131.96
            ON 07/08 AT GRAINGER                    877 2022594      IL
            *************8088
  Jul 11  DEBIT CARD PURCHASE                                                      69.52
            ON 07/11 AT STAMPS COM    USPOSTAGE      855 608 2677    CA
            *************8088
  Jul 12  DEBIT CARD PURCHASE                                                      53.35
            ON 07/12 AT SHIPSTATION                 512 485 4282     TX
            *************8088
  Jul 12  DEBIT CARD PURCHASE                                                      59.88
            ON 07/12 AT INTUIT  18004INTUIT         MOUNTAIN VIEW    CA
            *************8088
  Jul 13  DEBIT CARD PURCHASE                                                      13.30
            ON 07/13 AT NYC TAXI 1246 12460010      LONG ISLAND      NY
            *************8088
  Jul 14  DEBIT CARD PURCHASE                                                      70.39
            ON 07/14 AT STAPLS7360623464000001      877 8267755      NY
            *************8088
```

**SIGNATURE BANK**

```
                                                    Statement Period
                                                    From July    01, 2022
                                                    To   July    31, 2022
                                                    Page    5 of    6

                                                    PRIVATE CLIENT GROUP 722
                                                    1C QUAKER RIDGE ROAD
                                                    NEW ROCHELLE, NY 10804


     MICH'S MACCS, LLC                   8-722
     (DEBTOR IN POSSESSION)
     CASE #2111567
     220 COSTER ST
     BRONX NY  10474           999           See Back for Important Information


                                   Primary Account: 1     6131         0

Jul 15  DEBIT CARD PURCHASE                                                13.60
         ON 07/15 AT STAPLS7360734412000001   877 8267755   NY
         *************8088
Jul 15  DEBIT CARD PURCHASE                                                13.61
         ON 07/15 AT MICROSOFT                REDMOND       WA
         *************8088
Jul 15  DEBIT CARD PURCHASE                                                22.23
         ON 07/15 AT STAPLS7360734412000002   877 8267755   NY
         *************8088
Jul 15  ATM WITHDRAWAL                                                    323.50
         CASH WITHDRAWAL     ON 07/15 AT NON-SIGNATURE BANK
         ATM AT 1355 OAKPOINT AVE         BRONX           NY
         *************8088
Jul 18  DEBIT CARD PURCHASE                                                44.36
         ON 07/18 AT STAMPS COM   USPOSTAGE   855 608 2677  CA
         *************8088
Jul 19  DEBIT CARD PURCHASE                                                15.00
         ON 07/19 AT STAMPS COM   USPOSTAGE   855 608 2677  CA
         *************8088
Jul 19  DEBIT CARD PURCHASE                                                16.33
         ON 07/19 AT INTUIT  QBOOKS ONLINE    CL INTUIT CO  CA
         *************8088
Jul 19  DEBIT CARD PURCHASE                                                63.51
         ON 07/19 AT STAMPS COM   USPOSTAGE   855 608 2677  CA
         *************8088
Jul 20  DEBIT CARD PURCHASE                                                10.00
         ON 07/20 AT STAMPS COM   USPOSTAGE   855 608 2677  CA
         *************8088
Jul 20  DEBIT CARD PURCHASE                                                12.99
         ON 07/20 AT CANVA  I03487 1229564    CAMDEN        DE
         *************8088
Jul 20  DEBIT CARD PURCHASE                                               131.96
         ON 07/20 AT GRAINGER                 877 2022594   IL
         *************8088
Jul 21  DEBIT CARD PURCHASE                                                41.22
         ON 07/21 AT GRASSHOPPER COM          LOGMEIN COM   MA
         *************8088
Jul 21  DEBIT CARD PURCHASE                                                98.54
         ON 07/21 AT STAPLS7361125719000001   877 8267755   NY
         *************8088
```

**SIGNATURE BANK**

```
                                                     Statement Period
                                                     From July    01, 2022
                                                     To   July    31, 2022
                                                     Page    6 of    6

                                                     PRIVATE CLIENT GROUP 722
                                                     1C QUAKER RIDGE ROAD
                                                     NEW ROCHELLE, NY 10804


     MICH'S MACCS, LLC                      8-722
     (DEBTOR IN POSSESSION)
     CASE #2111567
     220 COSTER ST
     BRONX NY   10474              999                See Back for Important Information


                                              Primary Account:       6131           0

  Jul 22   DEBIT CARD PURCHASE                                                     98.54
           ON 07/22 AT STAPLS7361125722000001    877 8267755    NY
           ************8088
  Jul 25   DEBIT CARD PURCHASE                                                     10.00
           ON 07/25 AT STAMPS COM    USPOSTAGE   855 608 2677   CA
           ************8088
  Jul 25   ATM WITHDRAWAL                                                          81.75
           CASH WITHDRAWAL     ON 07/25 AT NON-SIGNATURE BANK
           ATM AT 1634 MADISON AVENUE          NEW YORK        NY
           ************8088
  Jul 26   RETURNED ITEM FEE                                                       25.00

Daily Balances
  Jun 30              82.96               Jul 14             441.95
  Jul 01              44.67               Jul 15              69.01
  Jul 05             187.43               Jul 18             155.40
  Jul 06             375.43               Jul 19             300.70
  Jul 07             220.27               Jul 20             252.93
  Jul 08              83.66               Jul 21             147.71
  Jul 11              86.30               Jul 22              49.17
  Jul 12             266.34               Jul 25              29.89
  Jul 13             496.51               Jul 26               4.89
```

Michelle's Macs

**Signature DIP (6131), Period Ending 07/31/2022**

**RECONCILIATION REPORT**

Reconciled on: 08/01/2022

Reconciled by: Eva Winkler

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---:|
| Statement beginning balance | 82.96 |
| Checks and payments cleared (32) | -2,363.54 |
| Deposits and other credits cleared (22) | 2,285.47 |
| Statement ending balance | 4.89 |
| | |
| Uncleared transactions as of 07/31/2022 | 0.01 |
| Register balance as of 07/31/2022 | 4.90 |

**Details**

Checks and payments cleared (32)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---:|
| 07/01/2022 | Expense | | Michele Goldberg | -141.75 |
| 07/05/2022 | Expense | | Digital Ocean | -13.07 |
| 07/05/2022 | Expense | | Google GSuite | -13.07 |
| 07/06/2022 | Expense | | Michele Goldberg | -101.75 |
| 07/06/2022 | Expense | | Stamps.com | -41.82 |
| 07/06/2022 | Expense | | Stamps.com | -143.83 |
| 07/07/2022 | Expense | | Michele Goldberg | -343.50 |
| 07/07/2022 | Expense | | Stamps.com | -59.74 |
| 07/08/2022 | Expense | | Granger | -131.96 |
| 07/08/2022 | Expense | | Staples | -84.47 |
| 07/11/2022 | Expense | | Stamps.com | -69.52 |
| 07/12/2022 | Expense | | QuickBooks Payments | -59.88 |
| 07/12/2022 | Expense | | Shipstation | -53.35 |
| 07/13/2022 | Expense | | | -13.30 |
| 07/14/2022 | Expense | | Staples | -70.39 |
| 07/15/2022 | Expense | | Michele Goldberg | -323.50 |
| 07/15/2022 | Expense | | Microsoft | -13.61 |
| 07/15/2022 | Expense | | Staples | -22.23 |
| 07/15/2022 | Expense | | Staples | -13.60 |
| 07/18/2022 | Expense | | Stamps.com | -44.36 |
| 07/19/2022 | Expense | | Stamps.com | -63.51 |
| 07/19/2022 | Expense | | QuickBooks Payments | -16.33 |
| 07/19/2022 | Expense | | Stamps.com | -15.00 |
| 07/20/2022 | Expense | | Canva | -12.99 |
| 07/20/2022 | Expense | | Granger | -131.96 |
| 07/20/2022 | Expense | | Stamps.com | -10.00 |
| 07/21/2022 | Expense | | Staples | -98.54 |
| 07/21/2022 | Expense | | LogMeIn | -41.22 |
| 07/22/2022 | Expense | | Staples | -98.54 |
| 07/25/2022 | Expense | | Stamps.com | -10.00 |
| 07/25/2022 | Expense | | Michele Goldberg | -81.75 |
| 07/26/2022 | Expense | | | -25.00 |
| **Total** | | | | **-2,363.54** |

Deposits and other credits cleared (22)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 07/01/2022 | Deposit | | Shopify Sales | 103.46 |
| 07/05/2022 | Deposit | | Shopify Sales | 168.90 |
| 07/06/2022 | Deposit | | Shopify Sales | 230.77 |
| 07/06/2022 | Deposit | | Paypal Sales | 84.63 |
| 07/06/2022 | Deposit | | Amazon Sales | 160.00 |
| 07/07/2022 | Deposit | | Shopify Sales | 248.08 |
| 07/08/2022 | Deposit | | Shopify Sales | 41.02 |
| 07/08/2022 | Deposit | | Paypal Sales | 38.80 |
| 07/11/2022 | Deposit | | Shopify Sales | 72.16 |
| 07/12/2022 | Deposit | | Shopify Sales | 293.27 |
| 07/13/2022 | Deposit | | Shopify Sales | 243.47 |
| 07/14/2022 | Deposit | | Grainger | 15.83 |
| 07/18/2022 | Deposit | | Microsoft | 0.53 |
| 07/18/2022 | Deposit | | Shopify Sales | 95.58 |
| 07/18/2022 | Deposit | | Paypal Sales | 34.64 |
| 07/19/2022 | Deposit | | Amazon Sales | 44.30 |
| 07/19/2022 | Deposit | | Quickbooks | 21.95 |
| 07/19/2022 | Deposit | | Paypal Sales | 32.61 |
| 07/19/2022 | Deposit | | Shopify Sales | 141.28 |
| 07/20/2022 | Deposit | | Shopify Sales | 107.18 |
| 07/21/2022 | Deposit | | Paypal Sales | 34.54 |
| 07/25/2022 | Deposit | | Paypal Sales | 72.47 |
| Total | | | | 2,285.47 |

**Additional Information**

Uncleared deposits and other credits as of 07/31/2022

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/30/2021 | Deposit | | | 0.01 |
| Total | | | | 0.01 |