UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

                                                   Chapter 11

MICH'S MACCS, LLC,                            Case No. 21-11567 (DSJ)

                                 Debtor.
----------------------------------------------------------------X

## ORDER DISMISSING CHAPTER 11 CASE

Upon the motion (the "Motion", Dkt No. 78) Mich's Maccs, LLC, the above-captioned debtor and debtor-in-possession (the "Debtor"), by its attorneys, Kirby Aisner & Curley LLP, for entry of an order dismiss the Chapter 11 Case pursuant to §§ 105, 305 and 1112(b) of title 11 of the United States Code (the "Bankruptcy Code"); and it appearing that due and sufficient notice of the Motion and the hearing thereon was provided; and there being no opposition to the requested relief; and upon the record of the August 17, 2022 hearing on the Motion (the "Hearing"); and, after due deliberation, it appearing that the interests of creditors and the Debtor would be better served by dismissal of this Chapter 11 Case; and good and sufficient cause appearing, it is hereby

**ORDERED**, that the Motion is granted and the Bankruptcy Case is hereby dismissed; and it is further

**ORDERED**, that from the Debtor's sale proceeds, the following payments are authorized: (i) administrative claim of Auction Advisors LLC for fees and expenses in the amount of $2,900.00, (ii) administrative claim of Kirby Aisner & Curley LLP for outstanding fees and expenses in an amount of $10,000, and (iii) outstanding fees owed to the United States pursuant to 28 U.S.C. § 1930(a)(6) and any applicable interest pursuant to 31 U.S.C. § 3717; and it is further

**ORDERED**, that within 14 days of the entry of this Order, the Debtor shall pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6) and any applicable interest pursuant to 31 U.S.C. § 3717, and file with the Court and serve on the United

States Trustee an affidavit disclosing cash disbursements for any month in which the Debtor did not file an operating report; and it is further

**ORDERED**, that all orders entered in this Chapter 11 Case shall remain in full force and effect notwithstanding the dismissal and closure of this Chapter 11 Case; and it is further

**ORDERED,** that the Bankruptcy Court shall retain jurisdiction with respect to all matters pertaining to this Order.

Dated: New York, New York
       August 17, 2022

        *s/ David S. Jones*
        HONORABLE DAVID S. JONES
        UNITED STATES BANKRUPTY JUDGE