**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Mich's Maccs, LLC  CASE NO.: 21–11567–dsj

Social Security/Taxpayer ID/Employer ID/Other Nos.:  CHAPTER: 11
26–3323550

---

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable David S Jones in this Chapter 11 case.

Mich's Maccs, LLC was dismissed from the case on August 17, 2022 .

Dated: August 17, 2022  Vito Genna
  Clerk of the Court