# Notice Recipients

District/Off: 0208−1           User: admin                Date Created: 8/17/2022
Case: 21−11567−dsj             Form ID: 131               Total: 72

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
7891770     Business Funding Source
                                                                                              TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee       USTPRegion02.NYECF@USDOJ.GOV
aty     Annie Wells                 annie.wells@usdoj.gov
aty     Dawn Kirby                  dkirby@kacllp.com
aty     Jessica M Hill              jhill@kacllp.com
aty     Julie Cvek Curley           jcurley@kacllp.com
                                                                                              TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Mich's Maccs, LLC        220 Coster Street        Bronx, NY 10474
smg         Internal Revenue Service        PO Box 7346        Philadelphia, PA 19101−7346
smg         N.Y. State Unemployment Insurance Fund        P.O. Box 551        Albany, NY 12201−0551
smg         New York City Dept. Of Finance        Office of Legal Affairs        375 Pearl Street, 30th Floor        New York, NY 10038
smg         New York State Tax Commission        Bankruptcy/Special Procedures Section        P.O. Box 5300        Albany, NY 12205−0300
smg         United States Attorney's Office        Southern District of New York        Attention: Tax & Bankruptcy Unit        86 Chambers Street, Third Floor        New York, NY 10007
7869291     Accountfully        1567 Meeting Street, Suite 100        North Charleston, SC 29405
7869292     Alpha Recovery Partners        1274 49th Street, Suite 197        Brooklyn, NY 11219
7869293     American Express        Correspondence/ Bankrupcty        PO BOx 981540        El Paso, TX 79998
7877785     American Express National Bank        c/o Becket and Lee LLP        PO Box 3001        Malvern PA 19355−0701
7877786     American Express National Bank        c/o Becket and Lee LLP        PO Box 3001        Malvern PA 19355−0701
7877787     American Express National Bank        c/o Becket and Lee LLP        PO Box 3001        Malvern PA 19355−0701
7869294     Atma Degeyndt        255 Mckibben Street, Apt. 206        Brooklyn, NY 11206
7891769     Business Funding Source        c/o Anthony Giuliano, Esq.        445 Broadhollow Rd., Suite 25        Melville, NY 11747
7891771     Business Funding Source        c/o Anthony Giuliano, Esq.        Giuliano Law PC        445 Broadhollow Rd., Suite 25        Melville, N.Y. 11747
7869295     CFG Merchant Solutions        180 Maiden Lane, 15th Floor        New York, NY 10038
7869296     Chase Bank        PO Box 15369        Wilmington, DE 19850
7869297     Chase Card Service        Cardmember Services        PO Box 1423        Charlotte, NC 28201−1423
7869298     Corporation Service Company        as Representative        PO Box 2576        Springfield, IL 62708
7869299     Cure Payment Recovery Solutions LLC        1490 William Floyd Pkwy, Suite 104        Shirley, NY 11967
7869300     Customer's Bank        99 Bridge Street        Phoenixville, PA 19460
7883166     Customers Bank        99 Bridge Street        Phoenixville, PA 19460
7876424     DAVID ROSEN BAKERY SUPPLY        59−21 QUEENS MIDTOWN EXPRESSWAY        MASPETH, NY 11378
7869301     David Rosen        5921 Borden Avenue        Maspeth, NY 11378
7869302     Divvy        13707 S 200 W, Suite 100        Draper, UT 84020
7887575     EBF Partners, LLC d/ba Everest Business Funding        8200 N.W. 52nd Terrace, Suite 200        Doral, FL 33166
7869303     Everest Merchant Funding        567 Milton Road        Rye, NY 10580
7869304     First Corporate Solutions        as Representative        914 S Street        Sacramento, CA 95811
7869305     Florence Zabokritsky, Esq.        Counsel for Alpha Recovery Partners        1274 49th Street, Suite 197        Brooklyn, NY 11219
7869306     Forward Funding        1274 49th Street, Suite 197        Brooklyn, NY 11219
7881672     Gadi Ian Dotz        Gene Rosen's Law Firm − A Professional Corpor        200 Garden City Plaza, Suite 405        Garden City, NY 11530
7869307     Gatestone        PO Box 1259        Dept #149042        Oaks, PA 19456
7869308     Green Capital Funding        116 Nassau Street, Suite 804        New York, NY 10038
7874524     Hartford Fire Insurance Company        Bankruptcy Unit, HO2−R, Home Office        Hartford, CT 06155
7869309     Hartford Insurance        690 Asylum Avenue        Hartford, CT 06155
7869310     Internal Revenue Service        Centralized Insolvency Operations        P.O. Box 7346        Philadelphia, PA 19101−7346
7869311     Investors Bank        101 JFK Parkway        Short Hills, NJ 07078
7872635     Investors Bank        101 JFK Parkway        Short Hills, NJ 07078
7869312     Ivy Receivables        71 S Central Avenue, Suite 200        Valley Stream, NY 11580
7876334     JPMorgan Chase Bank, N.A.        s/b/m/t Chase Bank USA, N.A.        c/o Robertson, Anschutz & Schneid, P.L.        6409 Congress Avenue, Suite 100        Boca Raton, FL 33487
7869313     Kabbage Business Loan        730 Peachtree Street, Suite 350        Atlanta, GA 30308

| | | | | |
|---|---|---|---|---|
| 7869316 | LG Funding LLC | 1218 Union Street | Brooklyn, NY 11225 | |
| 7881673 | LG Funding LLC | Gene Rosen's Law Firm – A Professional Corpor | 200 Garden City Plaza, Suite 405 | Garden City, NY 11530 |
| 7869314 | Law Offices of Tae H. Whang, LLC | 185 Bridge Plaza North, Suite 201 | Fort Lee, NJ 07024 | |
| 7869315 | Leandro Amorim/LAP Da Silva Digital | Rua Barao de Mesquita | 136 Loja A Tijuca | Rio de Janeiro – RJ Brazil, 20540–006 |
| 7869317 | Liberty Funding Solutions | 200 Middlesex Essex Turnpike | Iselin, NJ 08830 | |
| 7896408 | Liberty Funding Solutions, LLC | Law Office of Douglas J. Bilotti PLLC | 6 Holly Lane | Saint James, NY 11780 |
| 7869318 | M&T Bank | One M&T Plaza | Buffalo, NY 14203 | |
| 7869319 | Michelle Amy Goldberg | 23 E 109th Street, 5B | New York, NY 10029 | |
| 7869320 | Michelle Goldberg | 23 E 109th Street, Apt. 5B | New York, NY 10029 | |
| 7869321 | NYC Corporation Counsel | 100 Church Street, RM 5–240 | Attn: Bankruptcy Dept. | New York, NY 10007 |
| 7901432 | NYC DEPT. OF FINANCE | TAX, AUDIT AND ENFORCEMENT DIV. | 375 PEARL ST. | NEW YORK, NY 10038    ATTN: BANKRUPTCY UNIT |
| 7869322 | NYC Dept. of Finance | 345 Adams Street, 3rd Floor | Brooklyn, NY 11201 | |
| 7874041 | NYS Department of Labor | State Campus | Bldg. 12 Room 256 | Albany, NY 12240 |
| 7869323 | NYS Dept. Taxation & Finance | Bankruptcy/ Special Procedures Section | P.O. Box 5300 | Albany, NY 12205–0300 |
| 7869324 | PayPal | 2211 North First Street | San Jose, CA 95131 | |
| 7869325 | Pioneer Packaging Inc. | 31 Wilson Drive | Sparta, NJ 07871 | |
| 7869326 | RM Bakery, LLC | 220 Coster Street | Bronx, NY 10474 | |
| 7869327 | Route Shipping | 1881 W Traverse Pkwy, Ste E511 | Lehi, UT 84043 | |
| 7869328 | Shopify Inc. | Attn: Legal Dept 151 | O'Connor Street, Ground Floor | Ottowa, Ontario K2P 2L8, |
| 7869329 | StartUp Ecology | 255 Mckibben Street, Apt. 206 | Brooklyn, NY 11206 | |
| 7869330 | TD Bank, N.A. | 1701 Route 70 E | Cherry Hill, NJ 08034 | |
| 7869331 | US Bank | PO Box 108 | Saint Louis, MO 63166 | |
| 7869332 | US Small Business Administration | 2 North Street, Suite 320 | Birmingham, AL 35203 | |
| 7876426 | VALLEY NATIONAL BANK | PO BOX 953 | WAYNE, NJ 07474 | |
| 7869333 | Valley National Bank | 1455 Valley Road | Wayne, NJ 07470 | |

TOTAL: 66