# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004−1408**

---

| | |
|---|---|
| IN RE: Mich's Maccs, LLC | CASE NO.: 21−11567−dsj |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 26−3323550 | CHAPTER: 11 |

---

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable David S Jones in this Chapter 11 case.

Mich's Maccs, LLC was dismissed from the case on August 17, 2022 .

Dated: August 17, 2022                                  Vito Genna
                                                        Clerk of the Court

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 21-11567-dsj |
| Mich's Maccs, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 17, 2022 | Form ID: 131 | Total Noticed: 62 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mich's Maccs, LLC, 220 Coster Street, Bronx, NY 10474-7121 |
| 7869291 | + | Accountfully, 1567 Meeting Street, Suite 100, North Charleston, SC 29405-9339 |
| 7869292 | + | Alpha Recovery Partners, 1274 49th Street, Suite 197, Brooklyn, NY 11219-3011 |
| 7869294 | + | Atma Degeyndt, 255 Mckibben Street, Apt. 206, Brooklyn, NY 11206-3539 |
| 7891769 | + | Business Funding Source, c/o Anthony Giuliano, Esq., 445 Broadhollow Rd., Suite 25, Melville, NY 11747-3645 |
| 7891771 | + | Business Funding Source, c/o Anthony Giuliano, Esq., Giuliano Law PC, 445 Broadhollow Rd., Suite 25, Melville, N.Y. 11747-3645 |
| 7869295 | + | CFG Merchant Solutions, 180 Maiden Lane, 15th Floor, New York, NY 10038-5150 |
| 7869298 | + | Corporation Service Company, as Representative, PO Box 2576, Springfield, IL 62708-2576 |
| 7869299 | + | Cure Payment Recovery Solutions LLC, 1490 William Floyd Pkwy, Suite 104, Shirley, NY 11967-1820 |
| 7876424 | + | DAVID ROSEN BAKERY SUPPLY, 59-21 QUEENS MIDTOWN EXPRESSWAY, MASPETH, NY 11378-1220 |
| 7869301 | | David Rosen, 5921 Borden Avenue, Maspeth, NY 11378 |
| 7869302 | + | Divvy, 13707 S 200 W, Suite 100, Draper, UT 84020-2443 |
| 7887575 | + | EBF Partners, LLC d/ba Everest Business Funding, 8200 N.W. 52nd Terrace, Suite 200, Doral, FL 33166-7852 |
| 7869303 | + | Everest Merchant Funding, 567 Milton Road, Rye, NY 10580-3316 |
| 7869304 | + | First Corporate Solutions, as Representative, 914 S Street, Sacramento, CA 95811-7025 |
| 7869305 | + | Florence Zabokritsky, Esq., Counsel for Alpha Recovery Partners, 1274 49th Street, Suite 197, Brooklyn, NY 11219-3011 |
| 7869306 | + | Forward Funding, 1274 49th Street, Suite 197, Brooklyn, NY 11219-3011 |
| 7881672 | + | Gadi Ian Dotz, Gene Rosen's Law Firm - A Professional C, 200 Garden City Plaza, Suite 405, Garden City, NY 11530-3338 |
| 7869307 | + | Gatestone, PO Box 1259, Dept #149042, Oaks, PA 19456-1259 |
| 7869308 | #+ | Green Capital Funding, 116 Nassau Street, Suite 804, New York, NY 10038-2481 |
| 7874524 | + | Hartford Fire Insurance Company, Bankruptcy Unit, HO2-R, Home Office, Hartford, CT 06155-0001 |
| 7869309 | + | Hartford Insurance, 690 Asylum Avenue, Hartford, CT 06155-0002 |
| 7869311 | + | Investors Bank, 101 JFK Parkway, Short Hills, NJ 07078-2793 |
| 7869312 | + | Ivy Receivables, 71 S Central Avenue, Suite 200, Valley Stream, NY 11580-5403 |
| 7869313 | + | Kabbage Business Loan, 730 Peachtree Street, Suite 350, Atlanta, GA 30308-1226 |
| 7881673 | + | LG Funding LLC, Gene Rosen's Law Firm - A Professional C, 200 Garden City Plaza, Suite 405, Garden City, NY 11530-3338 |
| 7869316 | + | LG Funding LLC, 1218 Union Street, Brooklyn, NY 11225-1512 |
| 7869314 | + | Law Offices of Tae H. Whang, LLC, 185 Bridge Plaza North, Suite 201, Fort Lee, NJ 07024-5900 |
| 7869315 | | Leandro Amorim/LAP Da Silva Digital, Rua Barao de Mesquita, 136 Loja A Tijuca, Rio de Janeiro - RJ Brazil, 20540-006 |
| 7869317 | + | Liberty Funding Solutions, 200 Middlesex Essex Turnpike, Iselin, NJ 08830-2033 |
| 7896408 | + | Liberty Funding Solutions, LLC, Law Office of Douglas J. Bilotti PLLC, 6 Holly Lane, Saint James, NY 11780-4222 |
| 7869318 | | M&T Bank, One M&T Plaza, Buffalo, NY 14203 |
| 7869319 | + | Michelle Amy Goldberg, 23 E 109th Street, 5B, New York, NY 10029-3438 |
| 7869320 | + | Michelle Goldberg, 23 E 109th Street, Apt. 5B, New York, NY 10029-3438 |
| 7869321 | + | NYC Corporation Counsel, 100 Church Street, RM 5-240, Attn: Bankruptcy Dept., New York, NY 10007-2601 |
| 7869325 | + | Pioneer Packaging Inc., 31 Wilson Drive, Sparta, NJ 07871-3427 |
| 7869326 | + | RM Bakery, LLC, 220 Coster Street, Bronx, NY 10474-7121 |
| 7869327 | + | Route Shipping, 1881 W Traverse Pkwy, Ste E511, Lehi, UT 84043-5986 |
| 7869328 | | Shopify Inc., Attn: Legal Dept 151, O'Connor Street, Ground Floor, Ottowa, Ontario K2P 2L8, |
| 7869329 | + | StartUp Ecology, 255 Mckibben Street, Apt. 206, Brooklyn, NY 11206-3539 |
| 7869332 | | US Small Business Administration, 2 North Street, Suite 320, Birmingham, AL 35203 |
| 7869333 | ++ | VALLEY, ATTN ATTN LEGAL DEPARTMENT, 1455 VALLEY ROAD, WAYNE NJ 07470-8448 address filed with court:, Valley National Bank, 1455 Valley Road, Wayne, NJ 07470 |
| 7876426 | + | VALLEY NATIONAL BANK, PO BOX 953, WAYNE, NJ 07474-0953 |

21-11567-dsj    Doc 89    Filed 08/19/22    Entered 08/20/22 00:08:17    Imaged
Certificate of Notice    Pg 3 of 4

| District/off: 0208-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 17, 2022 | Form ID: 131 | Total Noticed: 62 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: IRS.COM | Aug 17 2022 23:08:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Aug 17 2022 19:07:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + Email/Text: DOFBankruptcy@finance.nyc.gov | Aug 17 2022 19:07:00 | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 17 2022 19:07:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + Email/Text: USANYS.Bankruptcy@usdoj.gov | Aug 17 2022 19:07:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 7869293 | + Email/PDF: bncnotices@becket-lee.com | Aug 17 2022 19:10:45 | American Express, Correspondence/ Bankrupcty, PO BOx 981540, El Paso, TX 79998-1540 |
| 7877785 | Email/PDF: bncnotices@becket-lee.com | Aug 17 2022 19:10:48 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 7869300 | + Email/Text: collections@customersbank.com | Aug 17 2022 19:07:00 | Customer's Bank, 99 Bridge Street, Phoenixville, PA 19460-3411 |
| 7883166 | + Email/Text: collections@customersbank.com | Aug 17 2022 19:07:00 | Customers Bank, 99 Bridge Street, Phoenixville, PA 19460-3411 |
| 7869296 | EDI: JPMORGANCHASE | Aug 17 2022 23:08:00 | Chase Bank, PO Box 15369, Wilmington, DE 19850 |
| 7869297 | EDI: JPMORGANCHASE | Aug 17 2022 23:08:00 | Chase Card Service, Cardmember Services, PO Box 1423, Charlotte, NC 28201-1423 |
| 7876334 | + Email/Text: RASEBN@raslg.com | Aug 17 2022 19:07:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 7901432 | + Email/Text: DOFBankruptcy@finance.nyc.gov | Aug 17 2022 19:07:00 | NYC DEPT. OF FINANCE, TAX, AUDIT AND ENFORCEMENT DIV., 375 PEARL ST., NEW YORK, NY 10038-1444, ATTN: BANKRUPTCY UNIT |
| 7869322 | + Email/Text: DOFBankruptcy@finance.nyc.gov | Aug 17 2022 19:07:00 | NYC Dept. of Finance, 345 Adams Street, 3rd Floor, Brooklyn, NY 11201-3739 |
| 7874041 | + Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Aug 17 2022 19:07:00 | NYS Department of Labor, State Campus, Bldg. 12 Room 256, Albany, NY 12240-0001 |
| 7869323 | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 17 2022 19:07:00 | NYS Dept. Taxation & Finance, Bankruptcy/ Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 7869324 | + Email/Text: recovery@paypal.com | Aug 17 2022 19:07:00 | PayPal, 2211 North First Street, San Jose, CA 95131-2021 |
| 7869330 | EDI: TDBANKNORTH.COM | Aug 17 2022 23:08:00 | TD Bank, N.A., 1701 Route 70 E, Cherry Hill, NJ 08034 |
| 7869331 | EDI: USBANKARS.COM | Aug 17 2022 23:08:00 | US Bank, PO Box 108, Saint Louis, MO 63166 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7891770 | | Business Funding Source |
| 7877786 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 7877787 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 7869310 | * | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 7872635 | *+ | Investors Bank, 101 JFK Parkway, Short Hills, NJ 07078-2793 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Annie Wells | on behalf of U.S. Trustee United States Trustee annie.wells@usdoj.gov |
| Anthony F. Giuliano | on behalf of Creditor Business Funding Source afg@glpcny.com  cg@pryormandelup.com |
| Dawn Kirby | on behalf of Attorney Kirby Aisner & Curley LLP dkirby@kacllp.com bleonardo@kacllp.com;5852@notices.nextchapterbk.com;kirby.dawnb112129@notify.bestcase.com |
| Dawn Kirby | on behalf of Debtor Mich's Maccs  LLC dkirby@kacllp.com, bleonardo@kacllp.com;5852@notices.nextchapterbk.com;kirby.dawnb112129@notify.bestcase.com |
| Jerald Tenenbaum | on behalf of Attorney Jerald Tenenbaum jerald@m-t-law.com |
| Jessica M Hill | on behalf of Debtor Mich's Maccs  LLC jhill@kacllp.com, bleonardo@kacllp.com;8167@notices.nextchapterbk.com |
| Julie Cvek Curley | on behalf of Debtor Mich's Maccs  LLC jcurley@kacllp.com, attorneycvek@gmail.com;bleonardo@kacllp.com;5696@notices.nextchapterbk.com;curley.julieb112129@notify.bestcase.com |
| Julie Cvek Curley | on behalf of Attorney Kirby Aisner & Curley LLP jcurley@kacllp.com attorneycvek@gmail.com;bleonardo@kacllp.com;5696@notices.nextchapterbk.com;curley.julieb112129@notify.bestcase.com |
| Tae Hyun Whang | on behalf of Creditor Investors Bank tw@whanglawllc.com  tw@whanglawllc.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 10