KIRBY AISNER & CURLEY LLP
*Attorneys for the Debtor*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
Julie Cvek Curley, Esq.
jcurley@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

MICH'S MACCS, LLC,

                      Debtor.

Chapter 11
Case No. 21-11567(DSJ)

-----------------------------------------------------------------X

### DECLARATION CONCERNING DISBURSEMENTS OF THE DEBTOR FOR THE PERIOD OF AUGUST 1, 2022 THROUGH AUGUST 18, 2022

I, Michelle Goldberg, pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury:

1. I am the managing member of Mich's Maccs, LLC, the above captioned debtor and debtor-in-possession (the "Debtor") and as such, I am fully familiar with the facts herein.

2. On or about September 3, 2021, the Debtor filed a voluntary petition for reorganization pursuant to Chapter 11 of the Bankruptcy Code.

3. An Official Committee of Unsecured Creditors has been appointed by the United States Trustee. No trustee or examiner has been appointed.

4. On July 19, 2022, the Debtor closed on the sale of substantially all of its assets pursuant to order of this Court dated June 23, 2022 [ECF No. 75]. Thereafter, the Debtor ceased all operations. Sale proceeds in the amount of $6,150.00 are being held in the attorney IOLA account maintained by Debtor's counsel, Kirby Aisner & Curley LLP.

5. On August 17, 2022, an Order was entered dismissing this Chapter 11 Case [ECF No. 88], which required the Debtor to file with the Court and serve on the United States

Trustee an affidavit disclosing cash disbursements for any month in which the Debtor did not file an operating report, as well as pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6) and any applicable interest pursuant to 31 U.S.C. § 3717.

6. The Debtor filed its monthly operating report for the month of July, 2022. This Declaration is submitted as a summary of the Debtor's disbursements during the period of August 1, 2022 through August 18, 2022 (the "Reporting Period").

7. During the Reporting Period, the following disbursements were made on, or on behalf of, the Debtor as follows:

| | |
|---|---|
| *Debtor's DIP Bank Account* | |
| 8/1/2022 – 8/18/2022 | $0 |
| | |
| *Attorney IOLA Account* | |
| 8/18/2022 – Auction Advisors | $2,900 |
| 8/18/2022 – Kirby Aisner & Curley LLP | $3,000 |
| 8/18/2022 – US Trustee Fees | $500 |
| | |
| *Credit Bid of Chenies Investor LLC* | $49,363.56 |
| | |
| **TOTAL** | **$56,013.56** |

8. This is an accurate summary of the Debtor's disbursements for the period of August 1, 2022 through August 18, 2022.

Dated: New York, New York
       August 31, 2022

                                    MICH'S MACCS, LLC

                                    By: */s/ Michelle Goldberg*
                                        Michelle Goldberg, Managing Member

21-11567-dsj    Doc 90    Filed 08/31/22    Entered 08/31/22 21:16:13    Main Document
                                       Pg 3 of 3